*Samuel S. Ellsworth* v. *William T. Cuyler.* V. Matthews and S. Stevens, for complainants ; J. C. Spencer and M. T. Reynolds, for defendant. Decree of the vice chancellor reversed and modified, with costs to defendant against the complainant, except the costs upon the appeal; as to which neither party is to have them as against the other.

*Joseph H Horner and others* v. *Adolph J. Engle and others.* A. Taber, for complainants ; J. Holmes, for defendants. Order appealed from affirmed, with costs.

*Abraham M. Underhill, appellant,* v. *Cyrus C. Dennis, guardian, &c., respondent.* T. Jenkins, for appellant ; D. Wright, for respohdent. Order directing the original order reversing the appointment of the respondent, and the present order to be remitted to the surrogate of Cayuga county, with directions to issue to the appellant a letter of appointment to the guardianship, on the filing of a bond with sureties; and to proceed thereon in the same manner as if the guardian had been appointed by him without appeal.